GEORGE A. MILLER, APPELLANT, *v.* CATHERINE HUNT, RESPONDENT.

*Married woman — articles supplied to, by order of husband — Separate estate of — when liable.*

This action was brought to recover the price of certain manufactured articles, for the repair of a house belonging to the defendant. The articles were ordered by the husband of the defendant; and the jury having found that he was the general agent in reference to the repairs, and the defendant having accepted the fruits of his acts which increased the value of her estate, *held*, that the defendant was liable.

APPEAL from a judgment of the County Court, reversing a judgment of a Justice's Court.

*Groo & Wiggins*, for the appellant.

*J. V. D. Benedict*, for the respondent.

Opinion by BARNARD, P. J.

Present—BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment of County Court reversed, and judgment of Justice's Court, in favor of plaintiff, affirmed, with costs.